IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RSB WELLMAN, CO., INC, et al.,
on behalf of itself and all others
similarly situated,

       Plaintiff,                      Case No 2:08-CV-11213-PDB-SDP

vs.

REDDY ICE HOLDINGS, INC., et. al.,

       Defendants.
_____/

## ORDER

The Court hereby approves the Stipulation Re: Extension of Time to Respond to Complaint [Docket No. 9].

Defendants' time to answer, move, or otherwise plead in response to the complaint in this action is extended in accordance with the terms as outlined in the Stipulation Re: Extension of Time to Respond to Complaint.

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: April 24, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 24, 2008.

                                              s/Denise Goodine
                                              Case Manager